# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY M. KUMP, | CIVIL ACTION NO. 3:12-CV-72 |
| Plaintiff, | |
| | (JUDGE CAPUTO) |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

## ORDER

**NOW**, this 3rd day of April, 2012, **IT IS HEREBY ORDERED** that Defendant State Farm Fire and Casualty Company's Motion to Dismiss Plaintiff's Complaint (Doc. 3.) is **GRANTED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge